IN THE CIRCUIT COURT OF MARYLAND FOR MONTGOMERY COUNTY

| | |
|---|---|
| CHARITY FRIMPONG<br>2826 Strauss Terrace<br>Silver Spring, MD 20904<br><br>Plaintiff<br><br>MARYLAND CVS PHARMACY, LLC<br>8032-C Liberty Road<br>Frederick, MD 21701<br><br>**SERVED ON RESIDENT AGENT**:<br>The Corporation Trust Incorporated<br>2405 York Road, Suite 201<br>Lutherville Timonium, MD 21093<br><br>Defendant | Case No. 483090-V<br><br>**RECEIVED**<br><br>AUG 10 2020<br><br>Clerk of the Circuit Court<br>Montgomery County, Md. |

## COMPLAINT

**COMES NOW**, Plaintiff, Charity Frimpong by and through her attorney, Kwaku D. Ofori, Esquire and Ofori Law Firm, LLC, files this complaint against the Defendant, CVS Pharmacy and alleges as follows:

### JURISDICTION

1. That Plaintiff is now and at all times relevant to this suit has been resident of Montgomery County, Maryland.

2. That Defendant is a national corporation incorporated in the State of Maryland with a store location at 8032 Liberty Road, Frederick, Maryland 21701.

1

3. That the incident, which is the subject of this lawsuit, occurred in Frederick County, Maryland.

4. That jurisdiction for the referenced case is proper in Montgomery County, Maryland because Plaintiff resides in Montgomery County.

## COUNT I: NEGLIGENCE

5. That the Plaintiff restates paragraphs 1 through 4 as if stated fully herein.

## DUTY

6. That on or about the 15th day of October, 2017 Ms. Charity Frimpong went to the CVS Pharmacy store located at 8032 Liberty Road, Frederick, Maryland 21701 to obtain a flu shot in her right arm.

7. That at the time, she was living in Frederick, Maryland.

8. That a few days after receiving the flu shot, Plaintiff experiencing pain in her right arm and shoulder.

9. That the pain was such that it begun to swell and she went to see her primary care physician.

10. That an X-ray revealed that there was injury of tendon of the rotator cuff to the right shoulder as a result of the flu shot.

11. That her primary care physician referred Plaintiff to see specialist where surgery was performed on her right arm and shoulder.

12. That after the surgery, Plaintiff was referred for physical therapy because she could not lift her right arm and shoulder.

13. That Plaintiff attended numerous physical therapy sessions to help relieve the pain in her right arm and shoulder.

14. That Plaintiff received cortisone injections to help relieve the pain in her right arm and shoulder but did not help.

15. That Plaintiff continued to receive medical treatments from different medical providers all to no avail.

16. That Defendant owed a duty of reasonable care to Plaintiff to give her the flu shot in the right place in her right arm.

## BREACH OF DUTY

17  That Defendant breached her duty of reasonable care by (a) failing to inject her the flu shot in the proper place in her right arm or shoulder; (b) failing to administer the flu shot to avoid injury or contact with veins in her right arm and shoulder; (c) failing to properly position the tendon of the rotator cuff of the right shoulder; and (d) failing to use reasonable care to avoid the injury.

## CAUSATION

18. That as a result of Defendant's breach of its duty of reasonable care, Plaintiff sustained bodily injuries to her right arm and shoulder.

19. That Defendant's breach was the actual and proximate cause of Plaintiff's damages, including injury of tendon of the rotator cuff of shoulder.

## DAMAGES

20. That Plaintiff suffered damages in the form of medical care by the following

medical providers: Frederick Health Hospital; Holy Cross Hospital; Washington Adventist Hospital; Florida Hospital Medical Center; Lifebridge Potomac Professionals; LabCorp of America; Red Canyon, LLC; Minute Clinic, Inc.; Community Radiology Associates, Inc.; Centers for Advanced Orthopedics; First Colonies Anesthesia Assoc.; Medical Emergency Professional, LLC; NovaCare Rehabilitation Diagnostic Medical Imaging, PA; George Washington Medical Faculty Assoc.; Adventist Physician Services and Cardiovascular Specialist of Frederick. Plaintiff incurred medical expenses in the total amount of One Hundred Thousand Dollars ($100,000.00) from the above listed medical providers.

21.  Plaintiff also suffered lost wages during all the times that she underwent surgery and physical therapy sessions.

### DEMAND

**WHEREFORE**, Plaintiff, Charity Frimpong, in consideration of the injuries sustained, the duration of treatment of the pain, suffering and aggravation, believes that the sum of One Million, Five Hundred Thousand Dollars **($1.5m)** would be fair and reasonable compensation on account of this incident.

Respectfully Submitted,

Kwaku D. Ofori, Esq. CPF#0406150231
Joey N. Ofori, Esq. CPF#1706200133
Ofori Law Firm, LLC
11215-B Lockwood Drive
Silver Spring, MD  20901
Telephone:  (301) 592-8818
Email: kdofori@oforilawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of August, 2020, a copy of the foregoing Complaint was mailed via first-class mail, postage prepaid to

    MARYLAND CVS PHARMACY, LLC
    8032-C Liberty Road
    Frederick, MD  21701

    **SERVED ON RESIDENT AGENT**:
    The Corporation Trust Incorporated
    2405 York Road, Suite 201
    Lutherville Timonium, MD  21093

    Kwaku D. Ofori, Esq. CPF#0406150231
    Joey N. Ofori, Esq. CPF#1706200133

5